UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| James E. Moore and Tim McGough, as Trustees of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, and Twin City Carpenters Vacation Fund; James E. Moore as Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors,<br><br>     Plaintiffs,<br><br>vs.<br><br>Reshetar Systems Inc. and L. Y. Reshetar, individually,<br><br>     Defendants. | Civil File No. 11-0286 PAM/AJB<br><br><br><br>**ORDER OF DISMISSAL** |

  Pursuant to the Notice of Voluntary Dismissal without Prejudice filed by Plaintiffs, this matter is hereby dismissed without prejudice without costs to either party.

  **IT IS SO ORDERED.**

Dated: April 21, 2011           s/Paul A. Magnuson
                   The Honorable Paul A. Magnuson
                   United States District Judge